John van Loben Sels, Esq. (SBN 201354)
jvanlobensels@fishiplaw.com
Jennifer Shih, Esq. (SBN 276225)
jshih@fishiplaw.com
Fish IP Law, LLP
2603 Main Street, Suite 1000
Irvine, California 92614-4271
Telephone:  949-943-8300
Facsimile:   949-943-8358

Attorneys for Plaintiff,
X17, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X17, Inc., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>YAHOO!, INC. and VERIZON COMMUNICATIONS, INC.<br>　　　　　Defendants. | Case No.: 5:20-cv-2683<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 101** *et seq.***) AND CONTRIBUTORY COPYRIGHT INFRINGEMENT** |

Plaintiff X17, Inc. ("X17") alleges as follows:

**THE PARTIES**

1. Plaintiff X17, Inc. is a California corporation with offices located at 1301 Amalfi Drive, Pacific Palisades, CA 92072. X17 hosts a vast digital archive of photographs of the biggest celebrities and newsmakers at x17agency.com.

2. Defendant Yahoo! Inc., is a Delaware corporation with offices located at 701 1st Avenue, Sunnyvale, CA 94089.

3. Defendant Verizon Communications, Inc. ("Verizon") is a Delaware corporation with offices located at 1095 Avenue of the Americas New York, NY.

4. Plaintiff is informed and believes that Verizon's business was branded Oath after the acquisition of Yahoo, Inc. and AOL, Inc.

5. Defendant Yahoo! Inc., and Verizon Communications, shall be collectively referred to as "Yahoo" or "Defendants".

**JURISDICTION AND VENUE**

6. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, *et seq*.

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8. This Court has personal jurisdiction over Defendants because Defendant Yahoo! Inc.'s principal place of business is located in this district.

9. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)-(c), and/or § 1400(a).

**FACTUAL ALLEGATIONS**

10. X17 brings this action seeking redress for Defendants' infringement of the copyright Registration Nos. VA2-192-327 and VA2-192-328 (the "Works").

11. A true and correct copy of the Works is attached hereto as Exhibit A.

12. Yahoo and X17 entered into a Content License Agreement on January

1 | 11, 2012, which terminated on December 9, 2018 ("Content License Agreement").

2 | 13.  Yahoo decided not to renew the Content License Agreement upon
3 | termination.

4 | 14.  On or about December 18, 2018, X17 reached out to Yahoo regarding
5 | the possibility of a renewed license agreement and did not receive a response.

6 | 15.  On or about November 14, 2018, X17 sent an email to Yahoo
7 | providing notice that the use of X17's images from content partners such as Time,
8 | Inc./People, Conde Nast/Advance, U.S. Weekly, Entertainment Tonight, etc.
9 | ("Content Partners") would be prohibited.

10 | 16.  At no time did X17 grant distribution and/or syndication rights of the
11 | Works to any of Yahoo's Content Partners.

12 | 17.  From January 1, 2019 to present, Plaintiff is informed and believes
13 | that Yahoo improperly reproduced, published, and transmitted numerous X17
14 | photographs including but not limited to the below ("Infringing Photographs")
15 | without a license:

- https://www.yahoo.com/lifestyle/selena-gomez-wore-sold-urban-165502556.html
- https://finance.yahoo.com/news/meet-bella-gigis-favorite-shoe-184018269.html
- https://finance.yahoo.com/news/curious-case-kanye-west-shoes-212959219.html
- https://www.yahoo.com/entertainment/david-foster-katharine-mcphee-stroll-183547784.html
- https://finance.yahoo.com/news/kourtney-kardashian-does-her-holiday-162740583.html
- https://www.yahoo.com/entertainment/kourtney-kardashian-does-her-holiday-162740583.html
- https://www.yahoo.com/entertainment/kylie-jenner-kim-kardashian-look-152126008.html
- https://finance.yahoo.com/news/kylie-jenner-kim-kardashian-look-152126008.html
- https://www.yahoo.com/lifestyle/kylie-jenner-claims-paparazzi-photos-143021515.html

COMPLAINT FOR COPYRIGHT INFRINGEMENT

- https://finance.yahoo.com/news/justin-bieber-hailey-baldwin-best-152244903.html
- https://www.yahoo.com/entertainment/jennifer-garner-apos-apos-number-161138921.html
- https://finance.yahoo.com/news/jennifer-garner-apos-apos-number-161138921.html
- https://www.yahoo.com/entertainment/ben-affleck-enters-rehab-third-014711297.html
- https://finance.yahoo.com/news/ben-affleck-enters-rehab-third-014711297.html
- https://www.yahoo.com/lifestyle/kim-kardashian-west-takes-dior-144612263.html
- https://www.yahoo.com/lifestyle/kanye-west-sneaker-socks-171343309.html
- https://finance.yahoo.com/news/kristen-stewart-stella-maxwell-spending-184533976.html
- https://news.yahoo.com/news/kristen-stewart-stella-maxwell-spending-184533976.html
- https://finance.yahoo.com/news/ben-affleck-lindsay-shookus-step-201928072.html
- https://www.yahoo.com/entertainment/britney-spears-sam-asghari-step-001153231.html
- https://www.yahoo.com/entertainment/lily-collins-noah-centineo-just-010319361.html

18. Yahoo's Content Partners did not remove the Works or the Infringing Photographs.

19. X17 is entitled to redress for Defendants' willful, knowing, and purposeful use and exploitation of the Works, for its own financial benefit with full knowledge that such use constituted infringement of, and was in disregard of, X17's rights.

**COUNT I**
**COPYRIGHT INFRINGEMENT**
**(17 U.S.C. §§ 106 and 501)**

20. Plaintiff incorporates by reference the above Paragraphs as if fully set forth herein.

21. X17 is the sole owner of a valid U.S. copyright registration in the Works.

22. Through Defendants conduct as alleged herein, Defendants have infringed X17's copyright in the Works in violation of both Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

23. Defendants' acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to X17's rights.

24. As a direct and proximate result of Defendants' conduct constituting copyright infringement, X17 is entitled to his election of statutory damages under 17 U.S.C. § 504(c), or his actual damages in an amount to be proven at trial.

25. X17 is also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of, and a constructive trust with respect to such profits.

26. X17 is further entitled to his attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

## COUNT II
## CONTRIBUTORY COPYRIGHT INFRINGEMENT

27. Plaintiff incorporates by reference the above Paragraphs as if fully set forth herein.

28. Plaintiff is informed and believes and alleges that Defendants, knowingly induced, participated in, aided and abetted, and resultantly profited from the reproduction, and/or creation of derivative works based on the Works.

29. Plaintiff is informed and believes that Defendants induced the Content Partners' infringement of the Works.

30. By reason of the Defendants, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial.

31. Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Works in an amount

to be established at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, jointly and severally as follows:

1. For damages in such amount as may be found, or as otherwise permitted by law.
2. Preliminarily and permanently enjoining Defendants, its agents, servants, employees, officers and all persons and entities in active concert and participation with them from using X17's Works.
3. For an accounting of, and the imposition of constructive trust with respect to, Defendants' profits attributable to its infringement of X17's copyright in the Work.
4. For prejudgment interest according to law.
5. For X17's reasonable attorneys' fees, costs, and disbursements in this action.
6. For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

Date: April 17, 2020               FISH IP LAW, LLP

                                   By: */s/ John van Loben Sels*
                                       John van Loben Sels
                                       *Attorneys for Plaintiff*

-5-
COMPLAINT FOR COPYRIGHT INFRINGEMENT